UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JONATHAN SIROTA                    JURY TRIAL DEMANDED

v.                                       CASE NO.  3:11 CV

PRO CONSULTING SERVICES, INC.

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA, since he used the credit card at issue primarily for personal, family, or household use.

5. Defendant regularly collects credit card debt from individuals using the mail and telephone.

6. Defendant is a debt collector within the FDCPA.

7. Defendant has been a member of ACA International, the collectors' trade association, since 1992.

8. Defendant is licensed by the Connecticut Banking Department as a Consumer Collection Agency pursuant to chapter 669 Part XII of the Connecticut General Statutes when attempting to communicate with plaintiff concerning efforts to collect a disputed personal Citibank account PCS Ref 10376863.

9. Defendant sent plaintiff its initial communication on September 7, 2010.

10. The initial communication did not include the notice required by the FDCPA §1692g.

11. The initial communication threatened full investigation into plaintiff's assets and holdings.

12. The initial communication from defendant, not entitled to practice law in any state, claimed it would engage "in an effort to best advise our client on how to liquidate this debt."

13. The initial communication stated, "Should you fail to respond to this notice, the above referenced account will be classified as a valid and undisputed debt" in violation of the FDCPA §1692g(a)(3).

FIRST COUNT

14. In the collection efforts, defendant violated the FDCPA, § 1692d, -e, or -g.

SECOND COUNT

15. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

16. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and such further relief as law or equity may provide.

        THE PLAINTIFF

*Joanne S. Faulkner*

BY____/s/ Joanne S. Faulkner___
       JOANNE S. FAULKNER ct04137
       123 Avon Street
       New Haven, CT 06511-2422
       (203) 772-0395
       faulknerlawoffice@snet.net