UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JONATHAN SIROTA

v.	CASE NO.  3:11 CV 272 (VLB)

PRO CONSULTING SERVICES, INC.

STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendant stipulate that all claims herein may be dismissed with prejudice without costs or fees to any party.

THE PLAINTIFF

By__/s/ Joanne S. Faulkner__
	Joanne S. Faulkner ct04137
	123 Avon Street
	New Haven CT 06511
	(203) 772-0395

THE DEFENDANT

BY:  __/s/ Joshua A. Yahwak___
	Joshua A. Yahwak  ct25138
	Law Offices of Brian J. Farrell, Jr.
	555 Long Wharf Drive
	New Haven, CT  06511
	(203) 782-4107